IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02130-AP

EILEEN GARCIA-GOMEZ,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Chris R. Noel, Esq.
3000 Pearl Street, Suite 105
Boulder, Colorado 80301-2431
Telephone:  (303) 449-6503
Fax:  (720) 214-1836
E mail: chrisnoel@noelaw.com

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0812
Fax: (303) 844-0770
E mail: teresa.abbott@ssa.gov
*Street Address:*

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:**  10/25/05

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 10/28/05

    C.    **Date Answer and Administrative Record Were Filed:**  12/22/05

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be vouchsafe until after Plaintiff's Opening Brief is filed.

**Defendant states:** There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states:  This case does not involve any unusual and complicated or out-of-the-ordinary claims.
Defendant states: This case does not involve any unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due: 4/20/06**

    **B.**    **Defendant's  Response Brief Due: 5/22/06**

    **C.**    **Plaintiff's  Reply Brief Due: 06/06/06**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument is requested.

    **B.**    **Defendant's Statement:**  Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( x )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 19th day of January, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Eileen Garcia-Gomez | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br><br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Teresa H. Abbott<br>By: Teresa H. Abbott<br>Special Assistant U.S. Attorney<br>teresa.abbott@ssa.gov<br><br>Mailing Address:<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0815<br><br>Street Address:<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorneys for Defendant |